UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. **05 CR 1 0 1 2 8 DPW** |
| | ) | |
| v. | ) | VIOLATION: |
| | ) | |
| ANNE BUTKOVITZ | ) | 18 U.S.C. §1001 (false statements) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

The United States Attorney Charges that:

### PRELIMINARY ALLEGATIONS

At all times material hereto, unless otherwise alleged:

### The Defendant

1. The defendant **ANNE BUTKOVITZ** was a resident of Newton, Massachusetts, and

employed at a pediatric medical practice in Newton, Massachusetts.

### Background

2. The defendant **ANNE BUTKOVITZ** was hired by a pediatric medical practice in Newton,

Massachusetts (referred to in this Information as the "Pediatric Practice") in or about April 2001 as the

practice manager.

3. In or about May 2001, the defendant **ANNE BUTKOVITZ** obtained the clinical study

coordinator position at the Pediatric Practice.

4. In or about May 2001, the defendant **ANNE BUTKOVITZ** became the clinical study

1

coordinator on a trial sponsored by a world-wide publicly traded pharmaceutical company (referred to in this Information as the "Pharmaceutical Company") called "Safety and Efficacy of Pentavalent (G1, G2, G3 G4 and P1) or Human-Bovine Reassortant Rotavirus Vaccine in Healthy Infants" (referred to in this Information as the "Clinical Study"). The objective of the study was to evaluate the efficacy and safety of a rotavirus vaccine against rotavirus disease.

5. As clinical study coordinator, the defendant **ANNE BUTKOVITZ** was responsible for organizing and conducting the study, including receiving the vaccine and placebo from the Pharmaceutical Company, maintaining study documentation and making all follow-up contacts with the study subjects as required by the Clinical Study protocol.

6. The Clinical Study was conducted under an approved United States Food and Drug Administration ("FDA") Investigational New Drug approval. Pursuant to this approval, the FDA was authorized to review and inspect all records generated by the Clinical Study, and the FDA did indeed inspect those records at the Pediatric Practice site, and thereafter cited the Pediatric Practice for numerous violations including failing to provide the Clinical Study subjects with the required safety contacts.

7. The Clinical Study was designed to test for efficacy in approximately 3,600 subjects and safety in approximately 56,400 subjects at various sites around the world. The safety site objective was to check for cases of intussusception, also known as blocked bowel syndrome. A similar rotavirus vaccine marketed by another company had been found years earlier to cause intussusception.

8. The Pediatric Practice site, at which the defendant **ANNE BUTKOVITZ** was the clinical study coordinator for the Clinical Study was a safety site.

2

9. To evaluate safety, all study subjects, of which there were 33 at the Pediatric Practice, were, according to the Clinical Study protocol, followed for all serious adverse experiences ("SAEs") for 42 days after each vaccine dose. Each subject in the study was to be given three vaccine or placebo doses at the approximate age of two, four and six months of age. To determine if SAEs occurred, the Pharmaceutical Company protocol required the study site to contact the subject's parent(s) at intervals of 7, 14 and 42 days after each of the three vaccinations. At each contact, the study site was required to indicate on a Case Report Form whether contact was made and the date of contact and then the "yes" or "no" answers to the following questions:

•Was intussusception reported by a parent/guardian?

•Were any serious adverse experiences reported by the parent/guardian?

•Did the subject visit a health care facility for stomach illness such as diarrhea and/or vomiting?

•Was health care utilization information collected?

10. In fact, the defendant **ANNE BUTKOVITZ** did not make the required SAE contacts with parents/guardians of the Clinical Study.

11. However, the defendant **ANNE BUTKOVITZ** falsely stated on the Case Report Forms that she prepared during the period beginning on or about December 5, 2001 and continuing to on or about September 30, 2002, that: (1) she had made the contacts; and (2) no intussusception, serious adverse events, nor visits to health care facilities for stomach illness such as diarrhea and/or vomiting had occurred.

12. After September 30, 2002, the Pharmaceutical Company learned that the defendant **ANNE BUTKOVITZ** had not made the safety contacts required by the protocols of the Clinical Study

3

and on or about February 5, 2003, removed the Pediatric Practice, and the data it had generated, from

the study.

### COUNT ONE (18 U.S.C. §1001 FALSE STATEMENTS)

13. Paragraphs one through twelve of this Information are herein realleged and incorporated by

reference.

14. On or about September 25, 2002, in the District of Massachusetts, the defendant

### ANNE BUTKOVITZ

in a matter within the jurisdiction of the executive, legislative and judicial branch of the Government of the

United States, knowingly and willfully made a materially false, fictitious and fraudulent statement and

representation by stating that she had contacted the patient identified as 16400030 in the Clinical Study

and had received negative answers to questions regarding whether that patient had suffered any serious

adverse experiences.

All in violation of Title 18, United States Code, Section 1001.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:    Jeremy M. Sternberg
       Assistant U.S. Attorney

4

☜JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10128 DPW**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Massachusetts      Category No.  II          Investigating Agency  FDA

City   Newton                        **Related Case Information:**

County   Middlesex                   Superseding Ind./ Inf. _____ Case No. _____
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Anne Butkovitz                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address    2054 Beacon Street, Newton, MA 02168

Birth date (Year only):  1958  SSN (last 4 #):  3292  Sex  F  Race:  Caucasian   Nationality:  American

**Defense Counsel if known:**    Elliott Weinstein        Address:  228 Lewis Wharf
                                                                    Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Jeremy M. Sternberg                    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  5-25-05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___Anne Butkovitz_____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001 | False Statements | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**