UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
              V.                    )        CRIMINAL ACTION
                                    )        NO. 05-10128-DPW
ANNE BUTKOWITZ                      )

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING
AND ORDER TO REPORT TO PRETRIAL AND U.S. MARSHAL**


WOODLOCK, District Judge


   Take notice that the above-entitled case has been scheduled for a Rule 11 hearing on **11:00 AM ON JUNE 7, 2005**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock. The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea.


   It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.


   **IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL REPORT TO PRETRIAL SERVICES BY 9:00 A.M. FOR INTERVIEW TO ENABLE THE PREPARATION OF A PRETRIAL REPORT.  THE DEFENDANT SHALL ALSO REPORT**

**TO THE UNITED STATES MARSHAL FOR PROCESSING <u>PRIOR</u> TO THE HEARING.**

                                        BY THE COURT,
                                        <u>/s/ Michelle Rynne</u>
                                        Deputy Clerk
DATE: May 26, 2005