Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-10124-DPW |
| | ) | |
| ANNE BUTKOVITZ | ) | |

## WAIVER OF INDICTMENT

I, **ANNE BUTKOVITZ**, the above-named defendant, who is accused of knowingly and willfully making false statement on September 25, 2002 in violation of 18 U.S.C. §1001, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on ___6/7/05___ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Anne Butkovitz

_____
Elliot M. Weinstein, Counsel for the Defendant

Before: _____
Judicial Officer