

U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

September 13, 2005

<u>Via Hand Delivery</u>

Ms. Michelle Rynne
Clerk to Hon. Douglas P. Woodlock
United States District Court
One Courthouse Way
Boston, MA 02210

      Re: <u>United States v. Butkovitz</u>, No. 05-CR-10128-DPW

Dear Ms. Rynne:

      In connection with the upcoming sentencing hearing scheduled for September 16 at 3:30 p.m., enclosed is a copy (executed in counterparts) of a modification to the plea agreement.

                                   Very truly yours,

                                   Jeremy M. Sternberg
                                   Assistant U.S. Attorney

cc: Elliot M. Weinstein (by fax)
    Tricia Marcy (USPO)(by hand)

09/09/2005 11:28   5173677358              LAW OFFICE                         PAGE 02/02

09/07/05 18:37 FAX 617 748 2978                                                ☒083

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 8, 2005

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02210

Re:  Anne M. Butkovitz
     Criminal No. 05-10128-DPW

Dear Mr. Weinstein:

This letter sets forth a single modification to the Plea Agreement dated April 28, 2005 and filed with the Court on May 26, 2005. That modification is to change Paragraph 4(a) from "Imposition of a six-month term of probation" to "Imposition of a one year term of probation." If this letter accurately reflects the modification to the Plea Agreement, please return this letter to Assistant U.S. Attorney Jeremy M. Sternberg as executed by you and by Ms. Butkovitz.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
MICHAEL K. LOUCKS
First Assistant U.S. Attorney

JEREMY M. STERNBERG
Assistant U.S. Attorney

Anne Butkovitz

Elliot M. Weinstein
Attorney for Anne Butkovitz



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

August 8, 2005

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02210

Re: Anne M. Butkovitz
    Criminal No. 05-10128-DPW

Dear Mr. Weinstein:

    This letter sets forth a single modification to the Plea Agreement dated April 28, 2005 and filed with the Court on May 26, 2005. That modification is to change Paragraph 4(a) from "Imposition of a six-month term of probation" to "Imposition of a one year term of probation." If this letter accurately reflects the modification to the Plea Agreement, please return this letter to Assistant U.S. Attorney Jeremy M. Sternberg as executed by you and by Ms. Butkovitz.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By: _____
      MICHAEL K. LOUCKS
      First Assistant U.S. Attorney

      JEREMY M. STERNBERG
      Assistant U.S. Attorney

_____
Anne Butkovitz


_____
Elliot M. Weinstein
Attorney for Anne Butkovitz