

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 8, 2005

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02210

Re:  Anne M. Butkovitz
     Criminal No. 05-10128-DPW

Dear Mr. Weinstein:

    This letter sets forth a single modification to the Plea Agreement dated April 28, 2005 and filed with the Court on May 26, 2005. That modification is to change Paragraph 4(a) from "Imposition of a :- month term of probation" to "Imposition of a one year term of probation." If this letter accurately reflects the modification to the Plea Agreement, please return this letter to Assistant U.S. Attorney Jeremy M. Sternberg as executed by you and by Ms. Butkovitz.

                                                      Very truly yours,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

By:                                     _____
                                       MICHAEL K. LOUCKS
                                       First Assistant U.S. Attorney

                                       JEREMY M. STERNBERG
                                       Assistant U.S. Attorney

_____
Anne Butkovitz

_____
Elliot M. Weinstein
Attorney for Anne Butkovitz