UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                          CR. NO. 05-10128-DPW

ANNE BUTKOVITZ

MOTION FOR RETURN OF PASSPORT

Anne Butkovitz, by her attorney, moves that this Court order the pre-trial services office to return her passport for the reason that the passport was surrendered as a condition of pre-trial release; the above case was concluded on September 16, 2005; she is no longer under supervision of the pre-trial services office and her passport should now be ordered returned.

                                      ANNE BUTKOVITZ
                                      By her attorney,

                                      /s/ Elliot M. Weinstein
                                      Elliot M. Weinstein
                                      BBO #520400
                                      228 Lewis Wharf
                                      Boston, MA 02110
                                      617-367-9334

September 22, 2005